AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| John Lee Bonds </br> *Plaintiff* </br> v. </br> B.M. Antonelli, Warden </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) | Civil Action No. 4:18-cv-1246-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge.

Date: June 5, 2018                                   *CLERK OF COURT*

                                                                  s/Debbie Stokes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*